**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Pamela S. Quesenberry                                    Case # 07-11766-RGM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                    AMOUNT

PAMELA S. QUESENBERRY                                    $230.78
10802 Henderson Rd.
Fairfax Station, VA 22039


Dated:      June 24, 2010        __/s/Thomas P. Gorman _____
                                 Thomas P. Gorman
                                 300 North Washington Street, Ste. 400
                                 Alexandria, VA 22314
                                 (703) 836-2226
                                 VSB#26421